JS - 6

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA
### WESTERN DIVISION

| | | |
|---|---|---|
| ALEX DAVID VALLE, | ) | No. CV 12-03421-DMG (VBK) |
| Petitioner, | ) | JUDGMENT |
| v. | ) | |
| WILLIAM KNIPP, | ) | |
| Respondent. | ) | |

Pursuant to the Order Summarily Dismissing Petition for Writ of Habeas Corpus for Lack of Subject Matter Jurisdiction,

**IT IS ADJUDGED** that this action is summarily dismissed pursuant to Rule 4 of the Rules Governing Section 2254 Cases in the United States District Courts.

DATED: April 27, 2012

_____
DOLLY M. GEE
UNITED STATES DISTRICT JUDGE